IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO MENDOZA and ELIDORO SALGADO-AGUILAR<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:10-cr-00152 |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on September 20, 2011, recommending that the Defendants' motions to suppress be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and

hereby GRANTS the Defendants' motions to suppress.

IT IS SO ORDERED.

    DATED this 17th day of October 2011.

                                          Dee Benson
                                          United States District Judge